# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. 4:19-cr-00961-SRC-7 |
| ) | |
| MARICUS FUTRELL, ) | |
| ) | |
| Defendant(s). ) | |

## Order

Defendant Maricus Futrell seeks to sever his trial from the trial of the other defendants, and to suppress certain physical evidence seized by law enforcement agents and officers. Docs. 566–567. Pursuant to 28 U.S.C. § 636(b), the Court referred Futrell's motions to United States Magistrate Judge Noelle C. Collins. After holding an evidentiary hearing and reviewing post-hearing briefing, Judge Collins issued a Report and Recommendation, recommending that the Court deny without prejudice Futrell's Motion to Sever Defendants and deny Futrell's Motion to Suppress Physical Evidence. Docs. 595–597, 609, 611, 621. Futrell has not filed objections to the Report and Recommendation, and the time to do so has passed. After careful consideration, and in light of Futrell's failure to file objections, the Court adopts and sustains the thorough reasoning set forth in Judge Collin's Report and Recommendation.

Accordingly, the Court sustains, adopts, and incorporates Judge Collin's [621] Report and Recommendation, denies without prejudice Futrell's [566] Motion to Sever Defendants, and denies Futrell's [567] Motion to Suppress Physical Evidence.

So Ordered this 12th day of November 2021.

*SL R. CR*

STEPHEN R. CLARK
**UNITED STATES DISTRICT JUDGE**